UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: <u>Luis Gutierrez</u>                                                    Case # <u>21-15712-AJC</u>

**<u>TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION (legal issues: 341)</u>**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's
Notice of Required Documents, prior deficiencies, and legal issues and thus objects as follows:
Trustee reserves the right to raise additional objections until all requested documents are timely provided.
Reviewed documents received as of _____

\_\_ **Objection to Exemption (specifics to be filed)** to be heard with confirmation at 1:30 pm not at 9:00 am
\_\_ Fee application needed (see court guideline 6)
**x** Ch 7 is $ 7030. 50_____ may increase as documents not provided ☐ Tax refund ☐ Valuations ☐ Other
\_\_ Good faith payment to unsecured creditors
\_\_ Income understated per debtor's stubs $ _____ taxes $ _____ co-debtor stubs $ _____ taxes $ _____
**x** Proof of household size (government ID w/ address) and income of all adults disclosed on Sch J and CMI
**x** Spouse's pay advices — income not on CMI / Sch l                                     Children not living
**x** Schedule J Expenses objectionable: ☒ Provide Proof line 18_____ ☐ Line _____ 2weeks/2weeks
          ☐ Object to Schedule J expenses but debtor(s) are over median or 100% plan filed
\_\_ Expenses: documentation/calculation: CMI line _____
_____
_____

\_\_ Plan does not pay debtor's calculation of disposable income CMI/DI _____ x 60 = $ _____
          ☐ Pending income/expenses issues ☐ Trustee believes D/I is understated (estimated D/I $_____)
☐ Feasibility or ☐ plan payments reduce month _____ or ☐ balloon payment
\_\_ Plan does not conform to Applicable Commitment Period < 36 months< 60 months
\_\_ Info on transfer SOFA _____ undisclosed _____ ☐ provide Tolling Agreement(s)
Other: _____
3/25, 3/31, 4/30  $ 2272.³⁵  payment  what  was purchased _____
_____
_____
_____
_____
_____

                                                                ☐ Plan includes 100% Language

<u>On or before 5 pm on</u> AUG 13 2021__ , **all documents/explanations with documented back up must be
received/filed to avoid dismissal.** If documents are not timely filed/received by the trustee, the trustee may seek
dismissal of this case. ***<u>IMPORTANT NOTICE:</u>*** *<u>The debtor or debtor's attorney must appear at the confirmation
hearing even if they agree to the recommendation</u>.* The debtor may still be dismissed for failure to fund the plan if they
are delinquent in payments. *Attorneys must upload all documents to Trustee through 13Documents.com.*

***THE PRO SE DEBTOR OR DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK
TO AN ATTORNEY BEFORE 2PM ONE BUSINESS DAY PRIOR TO THE CONFIRMATION HEARING TO
RESOLVE ALL OUTSTANDING ISSUES.***
          I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney
or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.
Submitted by
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027

RE: Luis Gutierrez                                                                Case # 21-15712  AJC

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows:  Reviewed documents received prior to: 7/21/21

Tax returns:                                    Corporate Tax Returns:

Photo ID/SS card - Legible/Unredacted          LF 90              LF 67        LF 10

Plan does not fund properly

Calculation errors      Missing months/amounts      Inconsistent terms      Plan form completed incorrectly

Attorney fee itemization or Fee Application needed (see court guideline 6)

 Missing 2016(B)                              Missing signed copy of the Attorney's Declaration

Other provisions:      IVL          100%       Lawsuit      Gambling      MMM

Reaffirm, redeem or surrender Sch D or G creditor:

MMM Motion not filed      Valuation motion not filed              Lien Avoidance Motion not filed

Priority debt on  Schedule E not in plan:

Creditor in Plan is not listed in Schedules or has not filed a POC:

✓ Creditor paid through the Plan has not filed a POC: IRS

✓ Object or Conform to Proof of Claim:      Miami-Dade County      Tax Certificate (DE#    )      Dept of Revenue

       ✓ IRS  UNDERPAID

✓ OTHER PLAN ISSUES: Amend Plan to provide DSO in Sec.V.C


Real Estate FMV and Payoff:

Non-Homestead Information Sheet:

✓ Vehicles FMV (NADA/Carmax), Reg and Payoff:

Other:

 Bank Account Statements      3 months pre-petition


Copy of check(s) and/or explanation:

✓ Explanation of withdrawal(s): 3/12 1K, 3/27 1500, 3/30 1430, 4/10 1K, 4/23 2500, 5/7 1330, 5/21 1200, 5/25 1030

✓ 401K/Retirement/Pension                   Annuity                Life Insurance Policy

 Domestic Support Obligation form complete with info: name, address and phone

✓ Wage deduction order or Motion to waive

 BDQ & attachments                Profit/loss      Balance Sheet

 Business Bank statements and checks      3 months pre-petition


Affidavit of support

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was    served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

**Submitted by NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

**\*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL\***