UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

                                                        Case No.: 21-15712-AJC-

    Luis  Gutierrez
        Debtor(s).                        Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Objection to Claim of the Internal Revenue Service and Notice of Hearing was sent to all parties on the attached service list on August 24, 2021.

Electronically & Mailed: Nancy K. Neidich, Trustee, POB 279806, Miramar, FL 33027

First Class Mail:

Debtor(s), Luis  Gutierrez;
2619 West 70 Place
Hialeah, FL 33016

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service,
7850 S.W. 6th Court, Stop 5730
Ft. Lauderdale, FL 33324-3202

Internal Revenue Service
POB 21126
Philadelphia, PA 19114

Internal Revenue Service
Attn: NICHELLE PURCELL, Bankruptcy Spec.
400 W Bay Street M/S 5730
Jacksonville FL 32202;

Honorable Merrick B. Garland, Attorney General of the United States,
Department of Justice, Room 4400,
950 Pennsylvania Avenue N.W.,
Washington, D.C. 20530-0001;

Honorable Ariana Fajardo Orshan
US Attorney for Southern District of FL,
99 N.E. 4th Street,
Miami, FL 33132;

MIAMI:
Special Assistant United States Attorney,
c/o IRS Counsel (SBSE),
51 S.W. 1st Avenue, P.O. Box 9,
Miami, FL 33130;

Honorable Ariana Fajardo Orshan
US Attorney for Southern District of FL,
99 N.E. 4th Street,
Miami, FL 33132;

Special Assistant United States Attorney,
c/o Civil Process Clerk
51 S.W. 1st Avenue, P.O. Box 9,
Miami, FL 33130;

U.S. Attorney's Office
c/o Civil Process Clerk
99 N.E. 4th Street
Miami, Fl. 33132

Respectfully Submitted:
/s/ Jose A. Blanco, Esq.
**JOSE A. BLANCO, P.A.**
355 West 49th Street
Hialeah, FL 33012
Fl. Bar No. 062449
Telephone: (305) 349-3463
E-Mail: jose@blancopa.com