| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 21-15712-AJC<br>Southern District of Florida<br>Miami<br>Wed Aug 25 16:35:52 EDT 2021 | Capital One Auto Finance<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | CACH, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Cascade Capital LLC assignee of Santande<br>c/o Rausch Sturm<br>100 Second Avenue South #306S<br>Saint Petersburg, FL 33701-6307 | Cavalry SPV II, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Chase Auto Finance<br>Attn: Bankruptcy<br>Po Box 901076<br>Fort Worth, TX 76101-2076 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CitiCards Private Label<br>Citicorp Credit Services; Attn: Centrali<br>P.O. Box 790034<br>Kansas City, MO 64195 |
| Credit Management, LP<br>Attn: Bankruptcy<br>6080 Tennyson Pkwy, Ste 100<br>Plano, TX 75024-6002 | Fedloan<br>Attn: Bankruptcy<br>Po Box 69184<br>Harrisburg, PA 17106-9184 | Fingerhut<br>Attn: Bankruptcy<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 |
| First Investors Financial Services<br>380 Interstate North Parkway<br>3rd Floor<br>Atlanta, GA 30339-2222 | (p)PHIN SOLUTIONS  LCC<br>TODD HINRICHS<br>14245 SAINT FRANCIS BLVD<br>STE 105<br>RAMSEY MN 55303-6137 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Med Data Systems<br>Attn: Bankruptcy<br>2001 9th Ave, Ste 312<br>Vero Beach, FL 32960-6413 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Rapital Capital<br>1329-C Arena Road, Lot 110<br>Kahnawake, QC J0L1B0 |
| Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161-0244 | Space Coast Credit Union<br>Attn: Bankruptcy<br>8045 North Wickham Road<br>Melbourne, FL 32940-7920 | Sunrise Banks Na<br>Attn: Bankruptcy<br>200 University Avenue West<br>St Paul, MN 55103-2075 |
| Synchrony Bank/BRMart<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Telecom Self-reported<br>Po Box 4500<br>Allen, TX 75013-1311 | Jose A Blanco<br>Jose A. Blanco, P.A.<br>355 W 49 ST<br>Hialeah, FL 33012-3715 |

```
Luis Gutierrez                          Nancy K. Neidich
2619 West 70 Place                      www.ch13miami.com
Hialeah, FL 33016-5411                  POB 279806
                                        Miramar, FL 33027-9806
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Card Services          Fortiva                          Jefferson Capital Systems LLC
Attn: Bankruptcy             Attn: Bankruptcy                 Po Box 7999
Po Box 15298                 Po Box 105555                    Saint Cloud MN 56302-9617
Wilmington, DE 19850         Atlanta, GA 30348


(d)Jefferson Capital Systems, LLC   Portfolio Recovery Associates, LLC
Attn: Bankruptcy                    POB 41067
16 Mcleland Road                    Norfolk VA 23541
Saint Cloud, MN 56303
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Miami                              End of Label Matrix
                                      Mailable recipients    31
                                      Bypassed recipients     1
                                      Total                  32
```